ADRMOP, CLOSED, E–Filing

## U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:10–cv–04741–PJH

Blackman et al v. Gynecare, Inc. et al  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 28:1332 Diversity–Product Liability

Date Filed: 10/20/2010  
Date Terminated: 04/19/2011  
Jury Demand: Defendant  
Nature of Suit: 365 Personal Inj. Prod. Liability  
Jurisdiction: Diversity

**Plaintiff**

**Lynnette Blackman** represented by **Amanda Heather Kent**  
Girardi and Keese  
1126 Wilshire Blvd  
Los Angeles, CA 90017  
213–977–0211  
Email: akent@girardikeese.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amy Fisch Solomon**  
Girardi &Keese  
1126 Wilshire Blvd  
Los Angeles, CA 90017  
213–977–0211  
Email: asolomon@girardikeese.com  
*ATTORNEY TO BE NOTICED*

**Thomas V. Girardi**  
Girardi &Keese  
1126 Wilshire Boulevard  
Los Angeles, CA 90017  
213–977–0211  
Fax: 213–481–1554  
Email: tgirardi@girardikeese.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Aguilar** represented by **Amy Fisch Solomon**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Thomas V. Girardi**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Gipe** represented by **Amy Fisch Solomon**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

                                          **Thomas V. Girardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edith Robertson**        represented by  **Amy Fisch Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Thomas V. Girardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Vujovich**        represented by  **Amy Fisch Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Thomas V. Girardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Consalvos**        represented by  **Amy Fisch Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Thomas V. Girardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Flynn**        represented by  **Amy Fisch Solomon**
(See above for address)
*ATTORNEY TO BE NOTICED*

        **Thomas V. Girardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gynecare, Inc.**        represented by  **Michelle A Childers**
Drinker Biddle &Reath LLP
50 Fremont Street – 20th Fl.
San Francisco, CA 94105
415−591−7500
Fax: 415−591−7510
Email: michelle.childers@dbr.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ethicon, Inc.** represented by **Michelle A Childers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam J. Spicer**
Butler Snow O'Mara Stevens &Cannada, PLLC
1020 Highland Parkway
Suite 1400
Ridgeland, MS 39157
601−985−4598
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christy D. Jones**
Butler Snow O'Mara Stevens &Cannada
1020 Highland Parkway
Suite 1400
Ridgeland, MS 39157
601−985−4523
Email: christy.jones@butlersnow.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nathan Daniel Cardozo**
Drinker Biddle &Reath LLP
50 Fremont Street
20th Floor
San Francisco, CA 94105
415−591−7529
Fax: 415−591−7510
Email: nathan.cardozo@dbr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johnson &Johnson** represented by **Michelle A Childers**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan Daniel Cardozo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Doe Manufactures 1 – 100**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2010 | 1 | COMPLAINT /no process against Doe Manufactures 1 – 100, Ethicon, Inc., Gynecare, Inc., Johnson &Johnson ( Filing fee $ 350, receipt number 34611051917.). Filed byBetty Gipe, Pamela Aguilar, Lynnette Blackman, Annette Consalvos, Joyce Flynn, Edith Robertson, Laura Vujovich. (Attachments: # 1 Civil Cover Sheet)(ga, COURT STAFF) (Filed on 10/20/2010) (Entered: 10/21/2010) |
| 10/20/2010 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 1/19/2011. Case Management Conference set for 1/26/2011 10:30 AM in Courtroom F, 15th Floor, San Francisco.. Signed by Judge James Larson on 10/20/10. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 10/20/2010) (Entered: 10/21/2010) |
| 10/20/2010 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 10/20/2010) (Entered: 10/21/2010) |
| 12/29/2010 | 3 | Summons Issued as to Doe Manufactures 1 – 100, Ethicon, Inc., Gynecare, Inc., Johnson &Johnson. (ga, COURT STAFF) (Filed on 12/29/2010) (Entered: 12/30/2010) |
| 01/10/2011 | 4 | First MOTION to Continue *Case Management Conference* filed by Lynnette Blackman. Motion Hearing set for 3/30/2011 08:30 AM before Magistrate Judge James Larson. (Attachments: # 1 Proposed Order)(Kent, Amanda) (Filed on 1/10/2011) (Entered: 01/10/2011) |
| 01/11/2011 |  | ***Hearing terminated. 4 First MOTION to Continue *Case Management Conference* filed by Lynnette Blackman. (fj, COURT STAFF) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/11/2011 | 5 | First MOTION to Continue *Case Management Conference* filed by Lynnette Blackman. Motion Hearing set for 3/30/2011 10:30 AM before Magistrate Judge James Larson. (Attachments: # 1 Proposed Order)(Kent, Amanda) (Filed on 1/11/2011) (Entered: 01/11/2011) |
| 01/12/2011 | 6 | ORDER by Judge James Larson Granting Continuance of Case Management Conference 5 Motion to Continue (jlsec, COURT STAFF) (Filed on 1/12/2011) (Entered: 01/12/2011) |
| 01/31/2011 | 7 | Disclosure Statement by Ethicon, Inc., Johnson &Johnson identifying Corporate Parent Johnson &Johnson, Other Affiliate Ethicon Women's Health &Urology Division of Ethicon, Inc. for Ethicon, Inc.; Corporate Parent Johnson &Johnson for Johnson &Johnson. *Corporate Disclosure Statement* (Childers, Michelle) (Filed on 1/31/2011) Modified on 2/1/2011 (ga, COURT STAFF). (Entered: 01/31/2011) |
| 01/31/2011 | 8 | Certificate of Interested Entities by Ethicon, Inc., Johnson &Johnson (Childers, Michelle) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 01/31/2011 | 9 | Declination to Proceed Before a U.S. Magistrate Judge by Ethicon, Inc., Johnson &Johnson. (Childers, Michelle) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 01/31/2011 | 10 | ANSWER to Complaint with Jury Demand byEthicon, Inc., (Childers, Michelle) (Filed on 1/31/2011) Modified on 2/1/2011 (ga, COURT STAFF). (Entered: 01/31/2011) |
| 01/31/2011 | 11 | ANSWER to Complaint with Jury Demand by Johnson &Johnson. (Childers, Michelle) (Filed on 1/31/2011) Modified on 2/1/2011 (ga, COURT STAFF). (Entered: 01/31/2011) |
| 02/01/2011 | 12 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (fj, COURT STAFF) (Filed on 2/1/2011) (Entered: 02/01/2011) |
| 02/01/2011 |  | ***Deadlines/Hearing terminated. 6 Order on Motion to Continue, Set/Reset Hearings, 2 ADR Scheduling Order,. (fj, COURT STAFF) (Filed on 2/1/2011) (Entered: 02/01/2011) |
| 02/01/2011 | 13 | Amended Declination to Proceed Before a U.S. Magistrate Judge by Ethicon, Inc., Johnson |

| | | |
|---|---|---|
| | | &Johnson. (Childers, Michelle) (Filed on 2/1/2011) (Entered: 02/01/2011) |
| 02/01/2011 | 14 | Certificate of Interested Entities by Ethicon, Inc., Johnson &Johnson *(Amended)* (Childers, Michelle) (Filed on 2/1/2011) (Entered: 02/01/2011) |
| 02/01/2011 | 15 | AMENDED Corporate Disclosure Statement by Ethicon, Inc., Johnson &Johnson. (Childers, Michelle) (Filed on 2/1/2011) Modified on 2/2/2011 (kc, COURT STAFF). (Entered: 02/01/2011) |
| 02/01/2011 | 16 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case.. Signed by Executive Committee on 2/1/11. (as, COURT STAFF) (Filed on 2/1/2011) (Entered: 02/01/2011) |
| 02/04/2011 | 17 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Joint Case Management Statement due by 3/31/2011. Initial Case Management Conference set for 4/7/2011 02:00 PM. Signed by Judge Phyllis J. Hamilton on 2/4/11. (nah, COURT STAFF) (Filed on 2/4/2011) (Entered: 02/04/2011) |
| 03/01/2011 | 18 | MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* filed by Ethicon, Inc., Johnson &Johnson. Motion Hearing set for 4/6/2011 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. (Attachments: # 1 Proposed Order)(Childers, Michelle) (Filed on 3/1/2011) (Entered: 03/01/2011) |
| 03/01/2011 | 19 | Declaration of Lisbeth A. Warren in Support of 18 MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* filed byEthicon, Inc., Johnson &Johnson. (Related document(s) 18 ) (Childers, Michelle) (Filed on 3/1/2011) (Entered: 03/01/2011) |
| 03/14/2011 | 23 | MOTION for leave to appear in Pro Hac Vice re: Christy D. Jones ( Filing fee $ 275, receipt number 44611006635.) filed by Ethicon, Inc.. (Attachments: # 1 Proposed Order)(vlk, COURT STAFF) (Filed on 3/14/2011) (Entered: 03/16/2011) |
| 03/14/2011 | 24 | MOTION for leave to appear in Pro Hac Vice re Adam J. Spicer ( Filing fee $ 275, receipt number 44611006635.) filed by Ethicon, Inc.. (Attachments: # 1 Proposed Order)(vlk, COURT STAFF) (Filed on 3/14/2011) (Entered: 03/16/2011) |
| 03/14/2011 | 25 | CERTIFICATE OF SERVICE by Ethicon, Inc. re 23 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 44611006635.), 24 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 275, receipt number 44611006635.) (vlk, COURT STAFF) (Filed on 3/14/2011) (Entered: 03/16/2011) |
| 03/15/2011 | 20 | STIPULATION *and Joint Request for Relief from Case Management Schedule and [Proposed] Order* by Ethicon, Inc., Johnson &Johnson. (Childers, Michelle) (Filed on 3/15/2011) (Entered: 03/15/2011) |
| 03/16/2011 | 21 | STIPULATION AND ORDER FOR RELIEF FROM CASE MANAGEMENT SCHEDULE re 20 Stipulation filed by Johnson &Johnson, Ethicon, Inc. Joint Case Management Statement due by 6/30/2011. Initial Case Management Conference set for 7/7/2011 02:00 PM. Signed by Judge Phyllis J. Hamilton on 3/16/11. (nah, COURT STAFF) (Filed on 3/16/2011) (Entered: 03/16/2011) |
| 03/16/2011 | 22 | RESPONSE (re 18 MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* ) *PLAINTIFFS NOTICE OF OPPOSITION AND OPPOSITION TO DEFENDANTS MOTION TO SEVER PLAINTIFFS AND TRANSFER CLAIMS* filed byLynnette Blackman. (Attachments: # 1 |

| | | |
|---|---|---|
| | | MEMORANDUM OF POINTS AND AUTHORITIES, # 2 CERITFCATE OF SERVICE)(Kent, Amanda) (Filed on 3/16/2011) (Entered: 03/16/2011) |
| 03/17/2011 | 26 | ORDER by Judge Phyllis J. Hamilton granting 23 Motion for Pro Hac Vice for Christy D. Jones. (nah, COURT STAFF) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/17/2011 | 27 | ORDER by Judge Phyllis J. Hamilton granting 24 Motion for Pro Hac Vice for Adam J. Spicer. (nah, COURT STAFF) (Filed on 3/17/2011) (Entered: 03/17/2011) |
| 03/23/2011 | 28 | *** FILED IN ERROR. REFER TO DOCUMENT 30 . ***<br>REPLY (re 18 MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* ) filed byEthicon, Inc., Gynecare, Inc., Johnson &Johnson. (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO SEVER UNDER RULE 21 AND TRANSFER UNDER 28 U.S.C. § 1404(a))(Childers, Michelle) (Filed on 3/23/2011) Modified on 3/23/2011 (feriab, COURT STAFF). (Entered: 03/23/2011) |
| 03/23/2011 | 29 | *** FILED IN ERROR. REFER TO DOCUMENT 31 . ***<br>Declaration of Michael B. McCulley in Support of 28 Reply to Opposition/Response,, filed byEthicon, Inc., Gynecare, Inc., Johnson &Johnson. (Related document(s) 28 ) (Childers, Michelle) (Filed on 3/23/2011) Modified on 3/23/2011 (feriab, COURT STAFF). (Entered: 03/23/2011) |
| 03/23/2011 | 30 | REPLY (re 18 MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* MOTION to Sever *Under Rule 21 and Transfer Under Rule 28 U.S.C.§ 1406(a) or, in the Alternative, 28 U.S.C. § 1404(a)* ) *(CORRECTION OF DOCKET #28)* filed byEthicon, Inc., Gynecare, Inc., Johnson &Johnson. (Attachments: # 1 Proposed Order [PROPOSED] ORDER GRANTING DEFENDANTS MOTION TO SEVER UNDER RULE 21 AND TRANSFER UNDER 28 U.S.C. § 1404(a))(Childers, Michelle) (Filed on 3/23/2011) (Entered: 03/23/2011) |
| 03/23/2011 | 31 | Declaration of Michael B. McCulley in Support of 30 Reply to Opposition/Response,, *(CORRECTION OF DOCKET #29)* filed byEthicon, Inc., Gynecare, Inc., Johnson &Johnson. (Related document(s) 30 ) (Childers, Michelle) (Filed on 3/23/2011) (Entered: 03/23/2011) |
| 04/04/2011 | 32 | ORDER GRANTING DEFENDANTS' MOTION TO SEVER UNDER RULE 21 AND TRANSFER by Judge Phyllis J. Hamilton granting 18 Motion to Sever (nah, COURT STAFF) (Filed on 4/4/2011) (Entered: 04/04/2011) |
| 04/19/2011 | ï | Case electronically transferred to: USDC District of Northern Indiana re: Plaintiffs Lynette Blackman and Betty Gipe, USDC District of New Mexico re: Pamela Aguliar, USDC District of Western Missouri re: Edith Robertson, USDC District of Western Washington re: Laura Vujovich, USDC District of Colorado re: Annette Consalvos, USDC District of Maryland re: Joyce Flynn. (vlk, COURT STAFF) (Filed on 4/19/2011) (Entered: 04/19/2011) |