IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA AGUILAR,

      Plaintiff,

v.                                                                         CIV 11-0327 WPL/LAM

GYNECARE, INC., et al.,

      Defendants.

# ORDER

**THIS MATTER** is before the Court *sua sponte*. On April 20, 2011, this matter was transferred to this Court from the Northern District of California. Under the local rules of this District, attorneys licensed outside this District:

> must associate with a member of the Federal Bar, who must sign the first pleading and certify that the non-member attorney is a member in good standing of the bar of a state, a territory, or the District of Columbia; or the non-member attorney must apply to practice in accordance with D.N.M. LR-Civ. 83.2.

D.N.M. LR-Civ. 83.3. It appears from the record of this case that the attorneys appearing in this case have not complied with Local Rule 83.3.

**IT IS THEREFORE ORDERED** that counsel for all parties file a document indicating their compliance with the requirements of Local Rule 83.3 **no later than Monday June 6, 2011**.

**IT IS SO ORDERED.**

                                                             **LOURDES A. MARTÍNEZ**
                                                             **UNITED STATES MAGISTRATE JUDGE**