IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA AGUILAR,

      Plaintiff,

v.                                    CIV 11-0327 WPL/LAM

GYNECARE, INC., et al.,

      Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL *(Doc. 38)*

**THIS MATTER** is before the Court on *Defendants' Motion for Withdrawal and Substitution of Counsel (Doc. 38)*, filed June 6, 2011. Having reviewed the motion, record of the case, and relevant law, the Court **FINDS** that the motion complies with Local Rule 83.8(a) and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendants' Motion for Withdrawal and Substitution of Counsel (Doc. 38)* is **GRANTED** and the clerk of the Court shall substitute Rodey, Dickason, Sloan, Akin & Robb, PA (W. Robert Lasater, Jr., Esq. and Denise M. Chanez, Esq.) for Drinker, Biddle & Reath, LLP (Michelle A. Childers, Esq. and Nathan Daniel Cardozo, Esq.) as counsel for Defendants.

**IT IS SO ORDERED.**

                                                     */s/ Lourdes A. Martínez*
                                                     **LOURDES A. MARTÍNEZ**
                                                     **UNITED STATES MAGISTRATE JUDGE**