IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PAMELA AGUILAR,**

        **Plaintiff,**

**v.**                                                             **CIV 11-0327 WPL/LAM**

**GYNECARE, INC., et al.,**

        **Defendants.**

## ORDER GRANTING PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF AMY FISCH SOLOMON AND AMANDA KENT *(Doc. 39)*

**THIS MATTER** is before the Court on *Plaintiff's Motion for* **Pro Hac Vice** *Admission of Amy Fisch Solomon and Amanda Kent (Doc. 39)*, filed June 6, 2011. Having reviewed the motion, record of the case, and relevant law, the Court **FINDS** that the motion complies with Local Rule 83.3 and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion for* **Pro Hac Vice** *Admission of Amy Fisch Solomon and Amanda Kent (Doc. 39)* is **GRANTED**.

**IT IS SO ORDERED.**

                                                                                      */s/ Lourdes A. Martínez*
                                                                                      **LOURDES A. MARTÍNEZ**
                                                                                      **UNITED STATES MAGISTRATE JUDGE**