IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA AGUILAR,

        Plaintiff,

v.                                      CIV 11-0327 WPL/LAM

GYNECARE, INC., et al.,

        Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTY D. JONES, ANITA MODAK-TRURAN, AND WILLIAM M. GAGE *(Doc. 40)*

**THIS MATTER** is before the Court on *Defendants' Motion for* Pro Hac Vice *Admission of Christy D. Jones, Anita Modak-Truran, and William M. Gage (Doc. 40)*, filed June 6, 2011. Having reviewed the motion, record of the case, and relevant law, the Court **FINDS** that the motion complies with Local Rule 83.3 and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendants' Motion for* Pro Hac Vice *Admission of Christy D. Jones, Anita Modak-Truran, and William M. Gage (Doc. 40)* is **GRANTED** and the clerk of the Court shall add counsel as attorneys of record for Defendants in this case, with their contact information as stated in Document 40.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**