IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAMELA AGUILAR,

        Plaintiff,

v.                                                   CIV 11-0327 WPL/LAM

GYNECARE, INC., et al.,

        Defendants.

## ORDER GRANTING DEFENDANTS' MOTION FOR WITHDRAWAL OF ADAM J. SPICER, ESQ. AS COUNSEL *(Doc. 41)*

**THIS MATTER** is before the Court on *Defendants' Motion for Withdrawal of Adam J. Spicer, Esq. as Counsel (Doc. 41)*, filed June 6, 2011. Having reviewed the motion, record of the case, and relevant law, the Court **FINDS** that the motion complies with Local Rule 83.4(b) and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendants' Motion for Withdrawal of Adam J. Spicer, Esq. as Counsel (Doc. 41)* is **GRANTED** and the clerk of the Court shall terminate Mr. Spicer as an attorney for Defendants in this case.

**IT IS SO ORDERED.**

                                                   */s/ Lourdes A. Martínez*
                                                   **LOURDES A. MARTÍNEZ**
                                                   **UNITED STATES MAGISTRATE JUDGE**